UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

    STANLEY S. KIETUR AND           Case No. 09-23616 (RDD)
    CHRISTINE A. KIETUR                Chapter 7

                  Debtors.
------------------------------------------------------------x

## ORDER TO SHOW CAUSE DIRECTING A REPRESENTATIVE OF CHASE HOME FINANCE LLC TO COMPLY WITH ORDER DIRECTING LOSS MITIGATION AND TO APPEAR AT A HEARING ON MARCH 3, 2010

       The above debtors (the "Debtors") filed for relief under Chapter 7 of the Bankruptcy Code on August 28, 2009. On October 28, 2009 the Debtors filed a request to engage in loss mitigation with Citibank, N.A. as Trustee for the MLMI Trust Series 2006-HE5 ("Citibank") and Chase Home Finance LLC ("Chase") under the procedures established by the U.S. Bankruptcy Court for the Southern District of New York pursuant to the Administrative Order signed by the Honorable Stuart M. Bernstein, Chief Judge, on December 18, 2008. On November 17, 2009 the Court entered an Order directing loss mitigation and subjecting the parties to the deadlines within (the "Loss Mitigation Order"). On January 13, 2010 at the regularly scheduled loss mitigation status conference, Debtor's counsel appeared; no representative of Chase appeared. Debtor's counsel represented at the conference that Chase had been unresponsive to all overtures made by or on behalf of the Debtor regarding the pending loss mitigation. Accordingly, it is hereby

       **ORDERED** that Chase comply with the directives of the Loss Mitigation Order; and it is further

       **ORDERED** that absent the parties' joint request for additional time in light of good faith efforts to comply with the Loss Mitigation Order, a representative with authority on behalf of Chase and/or counsel appear at a hearing to be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, on March 3, 2010 at 10:00 a.m. in Courtroom <u>118</u>, at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601 to report on the progress of the instant loss mitigation.

Dated: White Plains, New York
       January 22, 2010                      <u>/s/Robert D. Drain</u>
                                                   Honorable Robert D. Drain
                                                   United States Bankruptcy Judge

To:

Stanley & Christine Kietur
29 Central Avenue
Tappan, New York 10983

Dana P. Brescia
Alter, Goldman & Brescia, LLP
550 Mamaroneck Avenue
Suite 510

Harrison, New York 10528

J.P. Morgan Chase Bank N.A.
Home Equity and Consumer Lending Division
1111 Polaris Parkway
Columbus, OH 43240

Chase Home Finance LLC
Attn: Bankruptcy Dept.
Mail Code TX1-2301
2901 Kinwest Parkway
Irving, TX 75063-5816

Mark S. Tulis, Esq.
Oxman Tulis Kirkpatrick Whyatt & Geiger
120 Bloomingdale Road
White Plains, New York 10605